THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ELLIOTT,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

    Defendant.

Case No. 14-CV-05054-RBL

**DECLARATION OF SARA JOHNSON**

I, Sara Johnson, make this declaration

1. I am the Director of Crew Management, Transportation – NW Division for BNSF Railway Company. I am of legal age, am competent to testify and make this declaration from my own personal knowledge.

2. I have reviewed plaintiff's requests for production that seeks the production of complete personnel files and employee rosters of all employees who were under Dennis Kautzmann's direct or indirect supervision since January 1, 2004.

3. There are currently 774 BNSF employees in the Northwest Division. Although I am able to locate and pull the rosters of those employees, I am unable to filter or limit the search of those 774 employees to those individuals who may have been supervised directly or indirectly by a specific employee such as Mr. Kautzmann. Moreover, the employee rosters and personnel files do not contain information that would allow an individual such as myself to

DECLARATION OF SARA JOHNSON - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

118361.0004/6281974.1

determine who supervised the employee. Accordingly, it is not possible to comply with plaintiff's request to produce personnel files and employee rosters for employees who may have been supervised by Mr. Kautzmann.

4. I attempted to comply with plaintiff's request for production by trying to match employee rosters with available payroll records that date back to 2007. This attempt was unsuccessful, as there is no way to confirm an individual was supervised by a specific employee using the records that are available to BNSF.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 2, 2015

By _____
Sara Johnson
Director of Crew Management,
Transportation – NW Division for BNSF Railway Company

DECLARATION OF SARA JOHNSON - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

118361.0004/6281974.1

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 2nd day of March, 2015, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Mr. James K. Vucinovich
Mr. Roy Stegena
Rossi Vucinovich PC
1000 Second Avenue, Suite 1610
Seattle, WA 98104-1616
Facsimile: (425) 646-8004
E-Mail: jvucinovich@rvflegal.com

Mr. Stephen A. Teller
Ms. Sara B. Amies
Teller & Associates
1139 34th Avenue, Suite B
Seattle, WA 98122-5119
Facsimile: (206) 860-3172
E-Mail: steve@stellerlaw.com

Executed on the 2nd day of March, 2015, at Seattle, Washington.

JOSEPH P. CORR
WSBA No. 36584
Typed Name: Joseph P. Corr
Address: 1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Fax: 206.223.7107
E-mail: corrj@lanepowell.com
Attorney(s) For: BNSF Railway Company

DECLARATION OF SARA JOHNSON - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

118361.0004/6281974.1