THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| MICHAEL ELLIOTT<br><br>                Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>                Defendants. | NO. 3:14-CV-05054-RBL<br><br>**DECLARATION OF SARA AMIES IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Sara Amies, hereby declare under penalty of perjury under the laws of the State of Washington that the following statements are true and correct, that I am over the age of 18 and competent to testify to them, and that I do so from my own personal knowledge, except where otherwise specifically indicated below:

1) I am an attorney licensed to practice in Washington and before this Court.
2) I represent the Plaintiff, Michael Elliott, in this matter. Plaintiff Michael Elliott filed this action against Defendant BNSF for relief pursuant to the Federal Rail Safety Act, 49 U.S.C. §20109 ("FRSA").

**A. Exhibits Identified**

3) I attach hereto true and correct copies of the following Exhibits which have been exchanged with Defendant in this matter:
   a. Exhibit 1: Excerpts of deposition of Mark Ricci;
   b. Exhibit 2: Excerpts of deposition of Shahraim Allen;

c. Exhibit 3: Excerpts of deposition of Jerry Specht;

d. Exhibit 4: Excerpts of deposition of David Beech;

e. Exhibit 5: 10/26/10 Allan Manson email re: "Signal problem at Longview Junction South";

f. Exhibit 6: 10/21/10 email thread among FRA Agent James Kromwall, Elliott, Jones, Johnson, etc.

g. Exhibit 7: Excerpts of deposition of Dennis Kautzmann.

h. Exhibit 8: Complaints about Kautzmann from Robin Ray, Harold McVay, Mark McGafferty, and 9/9/09 testimony by Bram Babik;

i. Exhibit 9: 6/9/09 email to Jones, asking that Kautzmann be removed from his role because his communication and leadership style was a safety issue;

j. Exhibit 10: 9/17/09 Human Resources note (Jones disregarded Elliott's safety concern about Kautzmann);

k. Exhibit 11: Excerpts of deposition of Benjamin Marx;

l. Exhibit 12: BNSF Management Leadership Model;

m. Exhibit 13: 7/30/10 email from Jones to Elliott;

n. Exhibit 14: 8/13/10 email thread from Elliott to Jones, Johnson, and BNSF Safety Manager Robert Raglin;

o. Exhibit 15: 9/14/10 email from Elliott to Raglin, Jones, and Johnson re "Signal problems at MP 85 and Nelson Bennett," which UP Allan Manson also reported to the FRA's James Kromwell;

p. Exhibit 16: 12/22/10 email from Elliott to Jones about meeting with "BNSF Signal (Jerry Specht)";

q. Exhibit 17: 1/29/11 email from Signal Manager Specht to Assistant Vice President for Signals, James LeVere, identifying Elliott as the conduit for UP complaints;

r. Exhibit 18: 1/7/11 Specht email. "103 [trouble] tickets for 2010."

s. Exhibit 19: 1/18/11 email from FRA to BNSF re Notice of Focus Inspection;

t. Exhibit 20: FRA Inspection Reports between 1/19-2/25/11;

u. Exhibit 21: 3/28/11 letter from FRA to Elliott;

v. Exhibit 22: Excerpts of deposition of Douglas Jones;

w. Exhibit 23: 1/26/11 FRA Inspection Report, identifying a violation in Item #2.

x. Exhibit 24: 1/29/11 email from NW Division West Signal Manager Jerry Specht to Assistant Vice President for Signals James G. LeVere at BNSF headquarters;

y. Exhibit 25: Elliott deposition excerpts;

z. Exhibit 26: Excerpts of 11/21/11 Testimony of Dennis Kautzmann in *State v. Elliott*;

aa. Exhibit 27: 9/10/09 Witness Statement by David Beech;

bb. Exhibit 28: Excerpts of 11/17/11 Testimony of Salvadore Mastrullo in *State v. Elliott;*

cc. Exhibit 29: 3/4/11 Kautzmann urgent care record;

dd. Exhibit 30: 9/28/11 Benjamin Marx testimony in 2011 Kautzmann investigation;

ee. Exhibit 31: 11/22/11 Pierce Co. verdict forms in *State v. Elliott;*

DECLARATION OF SARA AMIES IN
SUPPORT OF PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT - **3**

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA 98122
(206) 324-8969   Fax: 860-3172

1     ff. Exhibit 32: 4/12/11 Investigation Worksheet Cover Page, identifying Benjamin Marx as the Conducting Officer in the investigation of the 2007 report of conviction;

    gg. Exhibit 33: 5/10/11 Benjamin Marx testimony in 2011 Kautzmann investigation;

    hh. Exhibit 34: 12/19/07, 1/7/08, 3/30/08 work release papers and letter;

    ii. Exhibit 35: 11/29/07 Employee Assistance Program (EAP) "Episode of Care" chart notes re Michael Elliott;

    jj. Exhibit 36: Excerpts of deposition of Roland Hackney;

    kk. Exhibit 37: 11/29/07 email from Dennis Kautzmann to Suellen James, EAP coordinator, re: M.A. Elliott;

    ll. Exhibit 38: 4/9/11 email between Union Rep. Reeves and Marx;

    mm. Exhibit 39: 2008 LE certification form with 2008 driver license abstract, 2 pages, each showing fax transmission on 7/28/08 at 2:08 p.m.;

    nn. Exhibit 40: 2008 LE certification form with 2005 drier license abstract, 2 pages. The second page is missing the fax transmission stamp that shows on the first page;

    oo. Exhibit 41: 4/21/11 email from James Hurlburt (Labor Relations) copying Douglas Jones, recommending a third termination; and

    pp. Exhibit 42: 9/28/11 BNSF recommends termination based on credibility determinations.

DATED this 27th day of April, 2015.

    Teller & Associates, PLLC, by

    */s/ Sara Amies*

    Sara B. Amies, WSBA #36626
    Of Attorneys for Plaintiff