**THE HONORABLE RONALD B. LEIGHTON**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

MICHAEL ELLIOTT, ) Case No.: 3:14-CV-05054-RBL
)
        Plaintiffs, ) **WITNESS LIST**
)
v. )
)
BNSF RAILWAY COMPANY, a )
Delaware corporation, )
)
        Defendant. )

| NO. | NAME | DATE | CALLED BY |
|---|---|---|---|
| 1. | Michael Elliott | 6/23/15 | Plaintiff |
| 2. | Jeffrey Opp | 6/24/15 | Plaintiff |
| 3. | Benjamin Marx | 6/24/15 | Plaintiff |
| 4. | David Beech | 6/24/15 | Plaintiff |
| 5. | Thomas Frederick | 6/24/15 | Plaintiff |
| 6 | Jerry Specht | 6/25/15 | Plaintiff |

| NO. | NAME | DATE | CALLED BY |
|---|---|---|---|
| 7 | Mark Ricci | 6/25/15 | Plaintiff |
| 8 | Dennis Kautzmann | 6/25/15 | Plaintiff |
| 9 | Roland Hackney | 6/25/15 | Plaintiff |
| 10 | Douglas Jones | 6/29/15 | Plaintiff |
| 11 | Andrea Smith | 6/29/15 | Defendant |
| 12 | Robert Johnson (by deposition read into the record) | 6/29/15 | Defendant |
| 13 | James Hurlburt | 6/29/15 | Defendant |